## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LOUIS FLOYD on behalf of himself and　　:
others similarly situated　　　　　　　　:　　Case No. 3:19-cv-01407
　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
BLUE COLLAR PEOS and TREVOR　　　:
DOYLE　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　　:

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41 to the dismissal of the Plaintiff's claims with prejudice. Each party will bear its own attorney's fees, costs, and expenses related to this action. No rights of any of the putative class members are impacted through this dismissal.

PLAINTIFF                                    DEFENDANT

By:　/s/ Anthony I. Paronich　　　　　　　By:　/s/ Jeffrey P. Nichols
　　Anthony Paronich　　　　　　　　　　　　David A. Slossberg (ct13116)
　　PARONICH LAW, P.C.　　　　　　　　　　Jeffrey P. Nichols (ct29547)
　　350 Lincoln Street, Suite 2400　　　　　　HURWITZ, SAGARIN, SLOSSBERG &
　　Hingham, MA 02043　　　　　　　　　　　KNUFF, LLC
　　Telephone:  (617) 485-0018　　　　　　　147 North Broad Street
　　Facsimile:  (508) 318-8100　　　　　　　　Milford, CT 06460
　　Email: anthony@paronichlaw.com　　　　　Tel: (203) 877-8000/Fax: (203) 878-9800
　　　　　　　　　　　　　　　　　　　　　Juris No. 026616
　　　　　　　　　　　　　　　　　　　　　DSlossberg@hssklaw.com
　　　　　　　　　　　　　　　　　　　　　JNichols@hssklaw.com